P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MOUNTAIN HOTEL LLC,<br><br>Defendant. | Case No: 4:19-cv-6625 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 16th day of March, 2020.

                          /s/ Peter Kristofer Strojnik
                          Peter Kristofer Strojnik (242728)
                          Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

Date: March 20, 2020

_____
Yvonne Gonzalez Rogers
U.S. District Court Judge